United States District Court
Southern District of Ohio
Western Division

DIANA CLAYBERN,
    Plaintiff

Case No. 1:00-cv-994

vs.

GENERAL ELECTRIC COMPANY,
    Defendant.

**ORDER**

The above captioned case was closed on 6/20/02. It is ORDERED that all SEALED DOCUMENTS (Docs. 18, 19, 24, 29 and the sealed deposition of plaintiff taken by defendant) be returned to the custody of the filing party.

Counsel are ORDERED to retrieve their respective documents. The Clerk of Courts is authorized to appropriately dispose of said documents if they remain unclaimed by June 1, 2005.

Date: 5/18/05

Timothy S. Black
United States Magistrate Judge

1